```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

RAMEEN GASERY,

                        Plaintiff,            16 Civ. 510 (RWS)

        -against-                              OPINION

KALAKUTA SUNRISE, LLC, STEPHEN HENDEL,
ELLEN JACOBS, ROY ROSENTHAL,
SHAKESPEARE THEATRE COMPANY,

                        Defendants.

---------------------------------------X
```

A P P E A R A N C E S:

    Plaintiff Pro Se

    <u>Attorneys for Defendants</u>

    LAW OFFICE OF ALEXANDER HARTNETT
    83 Riverside Drive
    New York, NY 10024
    By:  Alexander Hartnett, Esq.

    CHADBOURNE & PARKE LLP
    1200 New Hampshire Avenue, NW
    Washington, DC 20036
    By:  ABBE DAVID LOWELL, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/16

Sweet, D.J.

A pretrial conference in this action was held on September 27, 2016. The plaintiff, Rameen Gasery ("Gasery" or "Plaintiff"), *pro se*, seeks damages for misattribution by the Defendants of a photograph published by the Defendants pursuant to a contract between the parties.

Pending is Defendants' motion to strike the Second Amended Complaint ("SAC") and reply to affirmative defenses as improperly served. Given Plaintiff's *pro se* status, the motion is denied and the SAC and reply to affirmative defenses will be docketed and filed. It is anticipated that the Defendants will move to dismiss the SAC.

1

The Plaintiff has been advised of the difficulty of prosecuting his claim without counsel, and it is hoped that counsel can be assigned.

It is so ordered.

New York, NY
September 29, 2016

_____
ROBERT W. SWEET
U.S.D.J.