USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
RAMEEN B. GASERY,

                        **Plaintiff,**

          -against-

KALAKUTA SUNRISE, LLC, ET AL.,

                      **Defendants.**

------------------------------------------------------------------ x

16-CV-510 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Parties are hereby **ORDERED** to submit a joint status report on or before October 23, 2020.

**SO ORDERED.**

Dated:    **October 5, 2020**
              **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**