```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/23/2020__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RAMEEN B. GASERY,**

       **Plaintiff,**

  -against-

**KALAKUTA SUNRISE, LLC, ET AL.,**

       **Defendants.**

**1:16-cv-00510 (ALC)**

<u>**Order**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Plaintiff's letter. ECF No. 112. The Parties are hereby **ORDERED** to submit a joint status report by November 6, 2020.

**SO ORDERED.**

Dated: October 23, 2020
    New York, New York

                 _____
                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**