UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAMEEN B. GASERY,

                Plaintiff,

        - against -                            **ORDER**

KALAKUTA SUNRISE, LLC, et al.,              16 CV 510 (ALC) (KNF)

                Defendant.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    On or before November 26, 2021, the parties shall advise the Court, in writing, of the status of this action.

Dated: New York, New York                        SO ORDERED:
       November 19, 2021.

                                                             *Kevin Nathaniel Fox*
                                                   KEVIN NATHANIEL FOX
                                                   UNITED STATES MAGISTRATE JUDGE