UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

RAMEEN B. GASERY,

                 :

                Plaintiff,

                 :

         -against-                   **ORDER**

                 :

KALAKUTA SUNRISE, LLC, FELA       16-CV-510 (ALC)(KNF)
BROADWAY LIMITED LIABILITY     :
COMPANY, STEVEN HENDEL, and
JOHN DOES 1-10.               :

               Defendants.   :

-----------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        IT IS HEREBY ORDERED that a telephone conference shall be held in the above-

captioned action on December 7, 2021, at 3:30 p.m.  All parties are directed to call (888) 557-

8511 and, thereafter, enter access code 4862532.

Dated: New York, New York                SO ORDERED:
       November 29, 2021

                                    _Kevin Nathaniel Fox_
                                    KEVIN NATHANIEL FOX
                                    UNITED STATES MAGISTRATE JUDGE