UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
RAMEEN B. GASERY,

                       :

                  Plaintiff,

                       :

      -against-                    **ORDER**

                       :

KALAKUTA SUNRISE, LLC, FELA         16-CV-510 (ALC)(KNF)
BROADWAY LIMITED LIABILITY    :
COMPANY, STEVEN HENDEL, and
JOHN DOES 1-10.             :

               Defendants.  :
-----------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The telephone conference scheduled for December 7, 2021, did not go forward.

Accordingly, it is hereby rescheduled to December 10, 2021, at 11:30 a.m.  All parties are

directed to call (888) 557-8511 and, thereafter, enter access code 4862532.


Dated: New York, New York                 SO ORDERED:
       December 7, 2021

                                     _Kevin Nathaniel Fox_
                                   KEVIN NATHANIEL FOX
                                   UNITED STATES MAGISTRATE JUDGE