UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAMEEN B. GASERY,

                       **ORDER**

             Plaintiff,         **16-CV-510 (ALC) (JW)**

      -against-

KALAKUTA SUNRISE, LLC ET AL,

             Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The parties did not file their joint status letter by October 28, 2022 as directed by docket number 141. The parties shall file their joint letter regarding the status of subpoena responses by **November 3, 2022**.

    SO ORDERED.

DATED:    New York, New York
               October 31, 2022

                                             *Jennifer E. Willis*
                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge