UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RAMEEN B. GASERY,

                              Plaintiff,

-against-

KALAKUTA SUNRISE, LLC ET AL,

                              Defendants.

**ORDER**

**16-CV-510 (ALC) (JW)**

------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court has reviewed the parties' letters regarding the issuance of subpoenas. Dkt. Nos. 150, 152. The Court denies Plaintiff's request for a conference. It is not Defendants' responsibility to issue subpoenas to the theaters. If Plaintiff wants to issue the subpoenas, Plaintiff should do so himself.

SO ORDERED.

DATED:    New York, New York
                January 20, 2023

                                                _____
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge