UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAMEEN B. GASERY,

                        Plaintiff,

-against-

KALAKUTA SUNRISE, LLC ET AL,

                        Defendants.
-----------------------------------------------------------------X

**ORDER**

**16-CV-510 (ALC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This case began in January 2016. On July 7, 2023, the Court extended the discovery deadline to July 31st to permit the Parties to engage in settlement discussions. Dkt. No. 160. That date has come and gone, and as of this moment, the Court has not granted any extension.

On the 31st, Defendant sought an additional extension and raised the possibility of moving to file a counterclaim. Dkt. No. 161. Defendant indicated that Plaintiff opposes this application.

A conference in this matter is scheduled for **August 29, 2023, at 11:30 am in Courtroom 228, 40 Foley Square**.

    SO ORDERED.

DATED:    New York, New York
               August 3, 2023

                                                  *Jennifer E. Willis*
                                                  _____
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge