UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| RAMEEN B. GASERY, | **ORDER** |
| Plaintiff, | 16-cv-510 (JLR) (JW) |
| -against- | |
| KALAKUTA SUNRISE, LLC ET AL, | |
| Defendants. | |

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The request to adjourn the conference scheduled for August 29, 2023 is GRANTED.  A conference will be held on **September 11, 2023 at 2:30pm** in Courtroom 228, 40 Foley Square New York, New York.  The Clerk of the Court is respectfully requested to close the motions at Dkt. Nos. 163 and 164.

SO ORDERED.

DATED:   New York, New York
         August 28, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge