ALEXANDER P
83 RIVE
NEW YOR

> The extension request is GRANTED. The Parties shall have until September 27th to submit the required letter and to formally seek leave to file a counterclaim.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> September 15, 2023

Jennifer E. Willis, M.J.
United States District Court
500 Pearl Street
New York, NY 10007

**Re:     Rameen Gasery v. Kalakuta Sunrise LLC, et. al. 16 Civ. 510 (ALC) (JEW)**

Dear Magistrate Willis:

The undersigned is counsel to the Defendants in this matter. First and foremost, my sincere apologies to you, your staff and to counsel for Plaintiff for my absence from the conference this past Monday on September 11, 2023. As I explained to your clerk, I was ill.

This letter is an application to "re-set" the date from September 15, 2023 (as set forth in your September 11, 2023 Order) to September 27, 2023 for counsel to submit (i) all outstanding discovery matters and a proposed discovery schedule and (ii) for the undersigned to seek leave to interpose a counterclaim.

Please note that Plaintiff's counsel has no objection to this request.

Thank you and again my apologies for my absence from the conference.

Respectfully,

Alexander P Hartnett

cc:     Gregory A. Sioris (via ECF)