ALEXANDER P. H[...]
83 RIVERS[...]
NEW YORK, [...]

> This request is GRANTED. SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> Jennifer E. Willis
> United States Magistrate Judge
>
> November 2, 2023

Jennifer E. Willis, M.J.
United States District Court
500 Pearl Street
New York, NY 10007

**Re:** <u>Rameen Gasery v. Kalakuta Sunrise LLC, et. al. 16 Civ. 510 (ALC) (JEW)</u>

Dear Magistrate Willis:

The undersigned is counsel to the Defendants in this matter. This letter is a respectful application to allow Defendants until November 15, 2023 to fully respond to Plaintiff's interrogatories. As per your Order dated October 27, 2023 (Docket No. 177) the date for response is *this Friday November 3, 2023*.

Plaintiff's counsel has no objection to this request.

By way of explanation – First, please note that much of what Plaintiff is asking for in its interrogatories *has already been given to Plaintiff's counsel* (during our protracted settlement discussions). And, with regard to the interrogatories for which a response is in fact needed, the individuals with whom I need to discuss the matter are travelling and unavailable to me until next week.

Lastly, the Parties will need further time to agree on a proposed discovery and motion schedule, as I will be submitting interrogatories and a notice to take Plaintiff's EBT.

Sincerely,

Alexander P Hartnett

cc:   Gregory A. Sioris (via ECF)

OFFICE 212.302.5800                                        ALEX@APHARTNETT.COM