**ALEXANDER P. HARTNETT, ESQ**
83 RIVERSIDE DRIVE
NEW YORK, N.Y. 10024

May 2, 2024

Honorable Jennifer L. Rochon
United States District Court
500 Pearl Street
New York, NY 10007

Re:   <u>Rameen Gasery v. Kalakuta Sunrise LLC, et. al. 16 Civ. 510 (ALC) (JEW)</u>

Dear Judge Rochon:

The undersigned is counsel to the Defendants in this action.

By your "Mediation Referral Order" (Docket No. 186) of 29 April 2024, you ordered Mediation to be held on May 8, 2024.

This letter is a respectful request to reschedule the Mediation to either (i) Monday May 13, 2024 or (ii) Friday May 17, 2024. This application is made with the knowledge and consent of Plaintiff's counsel Gregory Sioris who confirms that he and his client are available on either date.

I am also contacting the Mediation Office on this request.

Sincerely,

Alexander P Hartnett

cc:   Gregory A. Sioris (via ECF)
      Mediation Office (via fax (212) 805-0647)

The request to reschedule the mediation is GRANTED. The mediation may be held on either **May 13 or 17, 2024**. This order does not affect other deadlines in this case, including the deadlines set forth at ECF No. 185, which remain in place.

Dated: May 2, 2024
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**